**Order filed January 15, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00594-CV
_____

**MOHAMED ALOUI D/B/A FSD FLOORS & REMODELING, Appellant**

**V.**

**LINDA HOSFORD, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1036796**

---

## O R D E R

Appellant's brief was due January 2, 2015**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 17, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM